IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THANE T. NEWTON,
ADC #135297                                                                         PETITIONER

v.                       Case No. 4:11-cv-612-DPM-JTK

DOES
*Sex Offender Assessment Committee
(SOAC) and Sex Offender Screening and
Risk Assessment (SOSRA)*                                                       RESPONDENTS

ORDER

Newton, an inmate in the Ouachita River Unit in Malvern, Hot Spring County, Arkansas, has filed a complaint which has been designated as a habeas corpus action pursuant to 28 U.S.C. § 2254. It appears, however, that Newton filed the same action in the United States District Court for the Western District of Arkansas, Hot Springs Division, on 15 August 2011. That Court granted Newton's *in forma pauperis* application on the same date. *Newton v. Sex Offender Assessment Committee (SOAC) and Sex Offender Screening and Risk Assessment (SOSRA)*, Case No. 6:11-cv-6064-RTD-BAB.

Because Newton is currently incarcerated in Hot Spring County, Arkansas, venue appears proper in the Western District. 28 U.S.C. § 2241(d). He appears to be properly prosecuting his claim there, transfer is not necessary, and dismissal here seems appropriate. Newton's motion to proceed *in forma pauperis*, Document No. 1, is therefore denied and his case is dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 September 2011